MOW 2016-1.2 (12/2016)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE: Dennis A Chism          )

)   Case No.  19-40668

)

Debtor(s)            )

### MOTION FOR POST-CONFIRMATION FEES

In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

____X_____    Defense of Motions to Dismiss - $250
                  Date Response filed 5/17/2021
____X_____    Motions to Suspend or Abate Payments - $250
                  Date Application/Motion filed 5/17/2021

The services indicated above having been completed, additional compensation is hereby requested in the amount of $500.00, and expenses in the amount of $ 0.00.

**I hereby certify that the services referenced in this motion were actually provided after the original confirmation (10/3/19) of the plan in this case.**

 Dated: 06/01/2021                   Respectfully submitted,
                                     W  M  Law

/s/ G. Addam Fera
G. Addam Fera, MO# 51272
15095 W. 116th St.
Olathe, KS 66062
fera@wagonergroup.com
Phone (913) 422-0909 Fax (913) 428-8549
ATTORNEY FOR DEBTOR(S)

### NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

### CERTIFICATE OF SERVICE

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail.
Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.
DEBTORS VIA US MAIL - 7800 E 127th Terrace Grandview, MO  64030
Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO  64106
                                   /s/ G. Addam Fera